No. 122. IVANHOE IRRIGATION DISTRICT ET AL. *v.* MCCRACKEN ET AL.;

No. 123. MADERA IRRIGATION DISTRICT ET AL. *v.* STEINER ET AL.;

No. 124. MADERA IRRIGATION DISTRICT *v.* ALBONICO ET UX.; and

No. 125. SANTA BARBARA COUNTY WATER AGENCY *v.* BALAAM ET AL. Appeals from the Supreme Court of California. Further consideration of the question of jurisdiction is postponed to the hearing of the cases on the merits. *Edmund G. Brown,* Attorney General, and *B. Abbott Goldberg* and *Adolphus Moskovitz,* Deputy Attorneys General, for the State of California et al., *Denver C. Peckinpah* for the Madera Irrigation District, and *Francis Price, Sr.* for the Santa Barbara County Water Agency, appellants. *Harry W. Horton, Reginald L. Knox, Jr., W. R. Bailey, Denslow B. Green, Sherman Anderson, Herman Phleger* and *Alvin J. Rockwell* for appellees. *Solicitor General Rankin, Assistant Attorney General Morton, David R. Warner* and *Roger P. Marquis* filed a memorandum for the United States, as *amicus curiae,* in support of jurisdiction. *Edson Abel* filed a memorandum for the California Farm Bureau Federation, as *amicus curiae,* supporting the motion to dismiss the appeal in No. 122.

No. 165. LERNER *v.* CASEY ET AL., CONSTITUTING THE NEW YORK CITY TRANSIT AUTHORITY. Appeal from the Court of Appeals of New York. Further consideration of the question of jurisdiction is postponed to the hearing of the case on the merits. *Leonard B. Boudin* and *Victor Rabinowitz* for appellant. *Daniel T. Scannell* and *Helen R. Cassidy* for appellees.